## MOORE, APPELLANT, v. BLOOM.

Argued April 18, 1892. Appeal, No. 95, July T., 1891, by plaintiff, S. S. Moore, from judgment of C. P. Clearfield Co., May T., 1891, No. 361, quashing attachment against defendant, Robert Bloom. Before PAXSON, C. J., GREEN, WILLIAMS, MITCHELL and HEYDRICK, JJ.

OPINION BY MR. CHIEF JUSTICE PAXSON, May 2, 1892:
This case is ruled by Spencer v. Bloom, decided herewith. The judgment is reversed and a procedendo awarded.

See preceding cases.